FILED

SEP 25 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF OHIO

TERRELL HARGROVE
_____
*Petitioner*

v.

IAN HEALY, Warden FSL Elkton
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)

## 4:23CV01857

Case No. _____

## JUDGE PEARSON

## MAG. JUDGE PARKER

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.    (a) Your full name:    Terrell Anthony Hargrove

    (b) Other names you have used:    none

2.    Place of confinement:

    (a) Name of institution:   Federal SAtellite Low at Elkton

    (b) Address:    8730 Scroggs Road, Lisbon, Ohio 44432

    (c) Your identification number:    39858-083

3.    Are you currently being held on orders by:

    ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.    Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

        (a) Name and location of court that sentenced you: U.S. District Court for the Eastern District of Virginia

        (b) Docket number of criminal case:   3:18CR00001-001

        (c) Date of sentencing:   May 25, 2018

    ☐ Being held on an immigration charge

    ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  Federal Bureau of Prisons
8730 Scroggs Road, Lisbon, Ohio 44432

(b) Docket number, case number, or opinion number:  unknown (case number to be issued)

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
The BOP has refused to permit Petitioner to earn and apply First Step Act (FSA) earned time credits despite petitioner's statutory eligibility to do so.

(d) Date of the decision or action:  September 6, 2023

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes            ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Warden, FSL Elkton
8730 Scroggs Road, Lisbon, OHIO 44432

(2) Date of filing:  September 12, 2023

(3) Docket number, case number, or opinion number:  pending

(4) Result:  pending

(5) Date of result:  pending

(6) Issues raised: Petitioner is only serving time for an offense that is not listed within the disqualifying offenses under 18 U.S.C. § 3632(d)(4)(D) and therefore is eligible to earn/apply FSA time credits.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241·

(b) If you answered "No," explain why you did not appeal: _____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☒ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:   BOP policy prohibits appeals to higher level of Administrative Remedy Program where matter is pending decision at a lower level.

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☒ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

    `same as part 8(b) herein`

_____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

      ☐ Yes               ☐ No

      If "Yes," provide:

      (1) Name of court: _____

      (2) Case number: _____

      (3) Date of filing: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

      _____

      _____

      _____

      _____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

      ☐ Yes               ☐ No

      If "Yes," provide:

      (1) Name of court: _____

      (2) Case number: _____

      (3) Date of filing: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

      _____

      _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes       ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes       ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes       ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Bureau of Prisons has erroneously denied Petitioner's statutory right to First Step Act earned time credits where the sentence he is currently serving is not within the FSA's list of disqualifying offenses.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Prior to September 6, 2023, the BOP permitted Petitioner to earn FSA time credits and apply them. On Sept. 6, 2023, the BOP abruptly denied all of Petitioner's earned time credits and pronounced him ineligible to earn/apply FSA credits. Yet, Petitioner's only sentence being served is not within the FSA's list of disqualifying offenses. Petitioner is therefore eligible to earn and apply FSA credits because 18 U.S.C. §3632(d)(4)(D)'s provisions only limit ineligibility if prisoner is currently serving a disqualifying offense.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** Petitioner should be excused from exhaustion of administrative remedies where he is currently being irreparably injured due to the fact his FSA time credits can be applied immediately.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Petitioner had originally earned FSA credits such that he was scheduled to go to FSL Elkton's R&D in order to be placed in prerelease on September 6, 2023. See Exh. 3 (att'd). Yet, on 9-6-23, BOP took an about face with respect to Petitioner's FSA credits and is now erroneously denying him all earned time credits. Thus, he is past the time when his time credits may be applied and is being irreparably injured through the BOP's erroneous denial of FSA credits. Such circumstances normally excuse exhaustion of administrative remedies on grounds of futility.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

**GROUND THREE:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not: _____

_____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: (1) hold a hearing on the claims raised herein; (2) issue an order instructing Respondent to produce the body of

Terrell Hargrove to attend said hearing and present evidence in support of his claims at a time specified by the court; (3) find that Petitioner has indeed earned the appropriate amount of FSA earned time credits to be

placed in prerelease custody immediately; (4) find that the First Step Act requirements for the application of said credits have been satisfied by Petitioner; (5) issue an Order instructing both Respondent and the Federal Bureau of Prisons to immediately process Petitioner for either prerelease placement or immediate release; and (6) credit all unused FSA credits toward the service of Petitioner's term of supervised release.

Respectfully submitted,


Terrell Hargrove



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  9-21-23                                                    _____

                                                                            *Signature of Petitioner*

                                              _____

                                                    *Signature of Attorney or other authorized person, if any*