# Exhibit 1

U.S. DEPARTMENT OF JUSTICE         REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Hargrove, Terrell A.      39858-083     HB     FSL Elkton, P.O. Box 10 Lisbon, OH 44432

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A– INMATE REQUEST  Hargrove appeals denial of Informal Resolution where he requests restoration of his First Step Act eligibility. Staff contend that Hargrove is ineligible for FSA purposes on grounds he is being administratively processed for a conviction under 18 U.S.C. §924(c). Yet, FSA eligibility is conditioned as to whether the prisoner is serving his sentence for one of the enumerated disqualifying offenses. See 18 U.S.C. §3632(d)(4)(D). Hargrove is NOT serving his sentence for the §924(c) because the supervised release violation as to his 924(c) case was imposed on 5-25-2018 and he was sentenced to ONLY 57 months. This means he has completed that sentence months ago. Thus, he is only serving a sentence on his heroin conviction under 21 U.S.C. §841 (a)(1) & (b)(1)(c) where there was no leadership/organizer enhancement by the sentencing court. Furthermore, FSA does not list supervised release as a reason to disqualify a prisoner from FSA eligibility.

RELIEF REQUESTED: Restore Hargrove's FSA eligibility (i.e, change FSA status to be "ELIGIBLE") and restore all FSA credits. Apply FSA credits so that he is immediately placed into prerelease (RRC or HC placement).

September 14, 2023         Terrell Hargrove

DATE                           SIGNATURE OF REQUESTER

Part B– RESPONSE

 

DATE                                WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

CASE NUMBER: _____

Part C– RECEIPT

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP–229(13) APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI ELKTON, OHIO

Bureau of Prisons Program Statement T330.18, "Administrative Remedy Procedures for Inmates," states the "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: Hargrove, Terrell A.  NO. 39858-083  UNIT HB

1. Specific Complaint:
   I was scheduled to be released September 6, 2023 to the halfway house. I am now being told that my release has been cancelled as my First Step Act eligibility has been revoked. This is in error.

2. Relief Requested: Immediate release to halfway house through restoration of FSA credits, or hold a hearing pursuant to Sandin v. Connor, 515 U.S. 472 (1995).

3. Date/Time Complaint received from inmate: 9-6-23 @ 9:40ᴀ

4. Date/Time Informally discussed with inmate: _____

   Staff Response: A REVIEW OF THIS MATTER REVEALS, YOU WERE SENTENCED TO 57 MONTHS FOR 21: 846 AND A SUPERVISED RELEASE VIOLATION OF 18:924(c), AS PART OF YOUR CURRENT OFFENSE. BASED ON THIS SENTENCING GUIDE (18:924(c)), YOU ARE INELIGIBLE TO EARN FTC's.

5. Date Administrative Remedy provided: 9/6/23 - 1354

7. Informal Resolution was / (was not) accomplished.

Terrell Hargrove 39858-083                          9-6-23
Inmate's Signature/Register No.                     DATE

K____ K____                                         9/6/23
STAFF MEMBER'S NAME & TITLE                         DATE

[signature]                                         09/06/23
UNIT MANAGER'S SIGNATURE                            DATE

The Unit Manager, by signing above, certifies that good faith efforts were attempted to resolve this inmate's complaint.

DISTRIBUTION: If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.