Exhibit 2

```
 ELKM0   540*23 *            SENTENCE MONITORING           *      04-27-2023
PAGE 001          *          COMPUTATION DATA              *      11:26:06
                             AS OF 04-27-2023

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


FBI NO...........: 457868WB2          DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1.............: ELK/A-DES
UNIT.............: 4 CADRE             QUARTERS.....: H06-023L
DETAINERS........: NO                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-03-2023

FINAL STATUTORY RELEASE FOR INMATE.: 04-02-2025 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 04-02-2024 VIA FSA REL


                 RELEASE AUDIT COMPLETED ON 03-02-2023 BY DSCC
-----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:06-CR-26
JUDGE...........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE PROBATION REVOKED..........: 05-25-2018
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 07-05-2018
HOW COMMITTED...................: CMT SRTV PREV RED FAIR SEN ACT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $200.00         $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00




G0002      MORE PAGES TO FOLLOW . . .
```

```
ELKM0   540*23 *            SENTENCE MONITORING        *    04-27-2023
PAGE 002          *          COMPUTATION DATA          *    11:26:06
                             AS OF 04-27-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


------------------------CURRENT OBLIGATION NO: 010 ----------------------------
```
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND PWITD COCAINE BASE CT 1
         18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
         TRAFFICKING CRIME CT 2 (SR VIOLATION)

  SENTENCE PROCEDURE............: SUPERVISED RELEASE VIOLATION PLRA
  SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
  CLASS OF OFFENSE..............: CLASS B FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: 030 C/S TO 040
  DATE OF OFFENSE...............: 11-05-2005
```

----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------
```
COURT OF JURISDICTION..........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER..................: 3:18CR00001-001
JUDGE..........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 05-25-2018
DATE COMMITTED.................: 07-05-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00
```

------------------------CURRENT OBLIGATION NO: 010 ----------------------------
```
OFFENSE CODE....:  380     21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1) & (B)(1)(C) DISTRIBUTION OF HEROIN CT 1

  SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    46 MONTHS
  TERM OF SUPERVISION...........:     5 YEARS
  DATE OF OFFENSE...............: 09-19-2017
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
ELKM0  540*23 *              SENTENCE MONITORING          *      04-27-2023
PAGE 003         *            COMPUTATION DATA            *      11:26:06
                              AS OF 04-27-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


-------------------------CURRENT COMPUTATION NO: 030 ----------------------------

COMPUTATION 030 WAS LAST UPDATED ON 03-23-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-03-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 040 010

```
DATE COMPUTATION BEGAN...........: 05-25-2018
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 103 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS        7 MONTHS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 11-05-2005

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    12-08-2017    05-24-2018

TOTAL PRIOR CREDIT TIME.........: 168
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 463
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 04-02-2025
ELDERLY OFFENDER TWO THIRDS DATE: 08-29-2023
EXPIRATION FULL TERM DATE.......: 07-09-2026
TIME SERVED.....................:    5 YEARS     4 MONTHS     20 DAYS
PERCENTAGE OF FULL TERM SERVED..: 62.7
PERCENT OF STATUTORY TERM SERVED: 73.5
```

G0002        MORE PAGES TO FOLLOW . . .

```
  ELKM0   540*23 *           SENTENCE MONITORING          · *       04-27-2023
 PAGE 004         *           COMPUTATION DATA              *       11:26:06
                             AS OF 04-27-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


PROJECTED SATISFACTION DATE.....: 04-02-2024
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 03-23-2020 GCT UPDATED PURSUANT TO FSA F/ECP;


G0002        MORE PAGES TO FOLLOW . . .

```
ELKM0  540*23 *         SENTENCE MONITORING        *     04-27-2023
PAGE 005         *        COMPUTATION DATA          *     11:26:06
                          AS OF 11-16-2016
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
FBI NO............: 457868WB2            DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1..............: ELK/A-DES
UNIT..............: 4 CADRE              QUARTERS.....: H06-023L
DETAINERS.........: NO                   NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 10-12-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-16-2016 VIA FT REL


```
                RELEASE AUDIT COMPLETED ON 12-18-2015 BY DSCC
-------------------------PRIOR JUDGMENT/WARRANT NO: 020 ----------------------
```

```
COURT OF JURISDICTION.............: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER....................: 3:06-CR-26
JUDGE............................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE PROBATION REVOKED...........: 12-01-2015
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 12-21-2015
HOW COMMITTED....................: CMT SRTV PREV RED FAIR SEN ACT
PROBATION IMPOSED................: NO
```

```
                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:     $200.00        $00.00          $00.00       $00.00
```

```
RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00
```

```
------------------------------PRIOR OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:   409     21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE BASE, CT 1/18:924(C) POSSESSION OF A F/A
         IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, CT.2/SRT VIOLATION
```

```
SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
TERM OF SUPERVISION.............:     4 YEARS
CLASS OF OFFENSE................: CLASS B FELONY
DATE OF OFFENSE.................: 11-05-2005
```

G0002      MORE PAGES TO FOLLOW . . .

```
ELKM0   540*23 *              SENTENCE MONITORING           *      04-27-2023
PAGE 006           *          COMPUTATION DATA              *      11:26:06
                              AS OF 11-16-2016
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


--------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-17-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-18-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

```
DATE COMPUTATION BEGAN..........: 12-01-2015
TOTAL TERM IN EFFECT............:    12 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS
EARLIEST DATE OF OFFENSE........: 11-05-2005

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    11-17-2015     11-30-2015

TOTAL PRIOR CREDIT TIME.........: 14
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-16-2016
ELDERLY OFFENDER TWO THIRDS DATE: 07-18-2016
EXPIRATION FULL TERM DATE.......: 11-16-2016
TIME SERVED.....................:     1 YEARS
PERCENTAGE OF FULL TERM SERVED..: 100.0
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 11-16-2016
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: CRL
ACTUAL SATISFACTION KEYED BY....: TM

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0
```

G0002       MORE PAGES TO FOLLOW . . .

```
ELKM0   540*23  *          SENTENCE MONITORING          *       04-27-2023
PAGE 007        *          COMPUTATION DATA             *       11:26:06
                           AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
FBI NO...........: 457868WB2          DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1.............: ELK/A-DES
UNIT.............: 4 CADRE             QUARTERS.....: H06-023L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 01-12-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-10-2015 VIA GCT REL

REMARKS.........: RELEASE AUDIT COMPLETED ON 06-04-2014 BY DSCC
-------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------

```
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:06CR00026-001
JUDGE...........................: WILLIAMS
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE COMMITTED..................: 08-17-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   409    21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE BASE, CT 1

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   84 MONTHS
TERM OF SUPERVISION............:    5 YEARS
NEW SENTENCE IMPOSED...........:   60 MONTHS
BASIS FOR CHANGE...............: USSG CCOCAINE DCSN FSA
CLASS OF OFFENSE...............: CLASS B FELONY
DATE OF OFFENSE................: 11-05-2005
```

G0002      MORE PAGES TO FOLLOW . . .

```
ELKM0   540*23 *          SENTENCE MONITORING        *      04-27-2023
PAGE 008         *          COMPUTATION DATA          *      11:26:06
                            AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
----------------------------PRIOR OBLIGATION NO: 020 ----------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS       FSA INELIGIBLE
OFF/CHG: 18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
        TRAFFICKING CRIME, CT 2

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBL 020
 DATE OF OFFENSE................: 11-05-2005

----------------------------PRIOR COMPUTATION NO: 010 ----------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-11-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-11-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-11-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 11-05-2005

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    06-27-2006    07-10-2006
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
ELKMO   540*23 *          SENTENCE MONITORING        *     04-27-2023
PAGE 009 OF 009 *          COMPUTATION DATA           *     11:26:06
                            AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
TOTAL PRIOR CREDIT TIME.........: 14
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 350
TOTAL GCT EARNED................: 350
STATUTORY RELEASE DATE PROJECTED: 07-12-2015
ELDERLY OFFENDER TWO THIRDS DATE: 02-25-2013
EXPIRATION FULL TERM DATE.......: 06-26-2016
TIME SERVED.....................:      9 YEARS      14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  90.3
PERCENT OF STATUTORY TERM SERVED:  99.9

ACTUAL SATISFACTION DATE........: 07-10-2015
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CRL
ACTUAL SATISFACTION KEYED BY....: MJS

DAYS REMAINING..................: 350
FINAL PUBLIC LAW DAYS...........: 2
```

```
          SENTENCE RE-CALCULATED ON 06/18/08 FOLLOWING ORDER FROM COURT
          IN RELATION TO CHANGES TO THE SENTENCING GUIDELINES (CRACK
          COCAINE). CRB/ REVIEWED FOR CRACK ISSUES ONLY--AKR/KAF
          01-11-12 ORDER REDUCING TIE FROM 130 TO 120 MOS PURSUANT TO
          FSA CRACK COCAINE GUIDELINES EFFECTIVE 11-01-11. LGM/GWC/PAK
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```