Exhibit 3

```
ELKM0   540*23  *            SENTENCE MONITORING           *      09-06-2023
PAGE 001          *            COMPUTATION DATA             *      13:40:02
                              AS OF 09-06-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
FBI NO...........: 457868WB2          DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1.............: ELK/A-DES
UNIT.............: 4 CADRE             QUARTERS.....: H06-023L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-02-2024

THE INMATE IS PROJECTED FOR RELEASE: 04-02-2025 VIA GCT REL


```
                 RELEASE AUDIT COMPLETED ON 03-02-2023 BY DSCC
------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:06-CR-26
JUDGE...........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE PROBATION REVOKED..........: 05-25-2018
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 07-05-2018
HOW COMMITTED...................: CMT SRTV PREV RED FAIR SEN ACT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   409      21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND PWITD COCAINE BASE CT 1
         18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
         TRAFFICKING CRIME CT 2 (SR VIOLATION)

SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
CLASS OF OFFENSE................: CLASS B FELONY
RELATIONSHIP OF THIS OBLIGATION
```


G0002      MORE PAGES TO FOLLOW . . .

```
ELKM0   540*23  *            SENTENCE MONITORING        *     09-06-2023
PAGE 002          *            COMPUTATION DATA           *     13:40:02
                                AS OF 09-06-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
  TO OTHERS FOR THE OFFENDER....: 030 C/S TO 040
  DATE OF OFFENSE................: 11-05-2005
```

------------------------------CURRENT JUDGMENT/WARRANT NO: 040 --------------------------

```
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:18CR00001-001
JUDGE...........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 05-25-2018
DATE COMMITTED..................: 07-05-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00         $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------------CURRENT OBLIGATION NO: 010 --------------------------------
```
OFFENSE CODE....:  380    21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1) & (B)(1)(C) DISTRIBUTION OF HEROIN CT 1
```

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   46 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  DATE OF OFFENSE................: 09-19-2017
```

-------------------------------CURRENT COMPUTATION NO: 030 ----------------------------

```
COMPUTATION 030 WAS LAST UPDATED ON 03-23-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-03-2018 BY DESIG/SENTENCE COMPUTATION CTR
```

```
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 040 010
```

G0002       MORE PAGES TO FOLLOW . . .

```
ELKM0   540*23  *          SENTENCE MONITORING           *      09-06-2023
PAGE 003            *          COMPUTATION DATA              *      13:40:02
                                 AS OF 09-06-2023
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


DATE COMPUTATION BEGAN..........: 05-25-2018
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   103 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS        7 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 11-05-2005

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     12-08-2017     05-24-2018

TOTAL PRIOR CREDIT TIME.........: 168
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 463
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 04-02-2025
ELDERLY OFFENDER TWO THIRDS DATE: 08-29-2023
EXPIRATION FULL TERM DATE.......: 07-09-2026
TIME SERVED.....................:      5 YEARS       8 MONTHS      30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  66.9
PERCENT OF STATUTORY TERM SERVED:  78.5

PROJECTED SATISFACTION DATE.....: 04-02-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 03-23-2020 GCT UPDATED PURSUANT TO FSA F/ECP;




G0002      MORE PAGES TO FOLLOW . . .

```
 ELKM0   540*23 *            SENTENCE MONITORING          *      09-06-2023
 PAGE 004          *           COMPUTATION DATA           *      13:40:02
                                AS OF 11-16-2016
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
FBI NO...........: 457868WB2          DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1.............: ELK/A-DES
UNIT.............: 4 CADRE             QUARTERS.....: H06-023L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 10-12-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-16-2016 VIA FT REL


```
                    RELEASE AUDIT COMPLETED ON 12-18-2015 BY DSCC
-----------------------------PRIOR JUDGMENT/WARRANT NO: 020 ----------------------
```

```
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:06-CR-26
JUDGE...........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE PROBATION REVOKED..........: 12-01-2015
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 12-21-2015
HOW COMMITTED...................: CMT SRTV PREV RED FAIR SEN ACT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00         $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

```
---------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   409      21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE BASE, CT 1/18:924(C) POSSESSION OF A F/A
         IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, CT.2/SRT VIOLATION
```

```
SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
TERM OF SUPERVISION.............:     4 YEARS
CLASS OF OFFENSE................: CLASS B FELONY
DATE OF OFFENSE.................: 11-05-2005
```

G0002        MORE PAGES TO FOLLOW . . .

```
  ELKM0   540*23 *          SENTENCE MONITORING        *      09-06-2023
  PAGE 005          *          COMPUTATION DATA         *      13:40:02
                              AS OF 11-16-2016


  REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY



  ----------------------------PRIOR COMPUTATION NO: 020 ----------------------------

  COMPUTATION 020 WAS LAST UPDATED ON 12-17-2015 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 12-18-2015 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  PRIOR COMPUTATION 020:   020 010

  DATE COMPUTATION BEGAN..........: 12-01-2015
  TOTAL TERM IN EFFECT............:   12 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS
  EARLIEST DATE OF OFFENSE........: 11-05-2005

  JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                      11-17-2015     11-30-2015

  TOTAL PRIOR CREDIT TIME.........: 14
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 0
  TOTAL GCT EARNED................: 0
  STATUTORY RELEASE DATE PROJECTED: 11-16-2016
  ELDERLY OFFENDER TWO THIRDS DATE: 07-18-2016
  EXPIRATION FULL TERM DATE.......: 11-16-2016
  TIME SERVED.....................:    1 YEARS
  PERCENTAGE OF FULL TERM SERVED..: 100.0
  PERCENT OF STATUTORY TERM SERVED: 100.0

  ACTUAL SATISFACTION DATE........: 11-16-2016
  ACTUAL SATISFACTION METHOD......: FT REL
  ACTUAL SATISFACTION FACILITY....: CRL
  ACTUAL SATISFACTION KEYED BY....: TM

  DAYS REMAINING..................: 0
  FINAL PUBLIC LAW DAYS...........: 0




  G0002      MORE PAGES TO FOLLOW . . .
```

```
ELKM0   540*23  *          SENTENCE MONITORING              *      09-06-2023
PAGE 006               *        COMPUTATION DATA             *      13:40:02
                                  AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
FBI NO............: 457868WB2        DATE OF BIRTH: 01-19-1984  AGE:  39
ARS1..............: ELK/A-DES
UNIT..............: 4 CADRE          QUARTERS.....: H06-023L
DETAINERS.........: NO               NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 01-12-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-10-2015 VIA GCT REL

REMARKS.........: RELEASE AUDIT COMPLETED ON 06-04-2014 BY DSCC
-------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------

```
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:06CR00026-001
JUDGE...........................: WILLIAMS
DATE SENTENCED/PROBATION IMPOSED: 07-11-2006
DATE COMMITTED..................: 08-17-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00         $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

```
-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE BASE, CT 1
```

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    84 MONTHS
TERM OF SUPERVISION.............:     5 YEARS
NEW SENTENCE IMPOSED............:    60 MONTHS
BASIS FOR CHANGE................: USSG CCOCAINE DCSN FSA
CLASS OF OFFENSE................: CLASS B FELONY
DATE OF OFFENSE.................: 11-05-2005
```

G0002       MORE PAGES TO FOLLOW . . .

```
  ELKM0   540*23 *           SENTENCE MONITORING        *      09-06-2023
PAGE 007          *          COMPUTATION DATA           *      13:40:02
                             AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


-----------------------------PRIOR OBLIGATION NO: 020 ----------------------------
OFFENSE CODE....: 130    18:924(C) FIREARMS LAWS        FSA INELIGIBLE
OFF/CHG: 18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
        TRAFFICKING CRIME, CT 2

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBL 020
 DATE OF OFFENSE................: 11-05-2005

-----------------------------PRIOR COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-11-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-11-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-11-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 11-05-2005

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    06-27-2006     07-10-2006


G0002      MORE PAGES TO FOLLOW . . .
```

```
ELKMO   540*23 *           SENTENCE MONITORING         *      09-06-2023
PAGE 008 OF 008 *          COMPUTATION DATA            *      13:40:02
                           AS OF 07-10-2015
```

REGNO..: 39858-083 NAME: HARGROVE, TERRELL ANTHONY


```
TOTAL PRIOR CREDIT TIME.........: 14
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 350
TOTAL GCT EARNED................: 350
STATUTORY RELEASE DATE PROJECTED: 07-12-2015
ELDERLY OFFENDER TWO THIRDS DATE: 02-25-2013
EXPIRATION FULL TERM DATE.......: 06-26-2016
TIME SERVED.....................:      9 YEARS      14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  90.3
PERCENT OF STATUTORY TERM SERVED:  99.9

ACTUAL SATISFACTION DATE........: 07-10-2015
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CRL
ACTUAL SATISFACTION KEYED BY....: MJS

DAYS REMAINING..................: 350
FINAL PUBLIC LAW DAYS...........: 2
```

```
SENTENCE RE-CALCULATED ON 06/18/08 FOLLOWING ORDER FROM COURT
IN RELATION TO CHANGES TO THE SENTENCING GUIDELINES (CRACK
COCAINE). CRB/ REVIEWED FOR CRACK ISSUES ONLY--AKR/KAF
01-11-12 ORDER REDUCING TIE FROM 130 TO 120 MOS PURSUANT TO
FSA CRACK COCAINE GUIDELINES EFFECTIVE 11-01-11. LGM/GWC/PAK
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```