# Exhibit 4

```
ELKHC            *               ELKTON FCI              *        09-05-2023
PAGE 001 OF 001                                                   16:43:13


     *****        *          *         *         ****    *     *   *******    *****
     *           * *         *         *         *    *  *   *   *     *      *
     *          *    *       *        *          *    *  *   *   *     *         ****
     *         *******       *         *         *    *  *   *   *     *            *
     *****   *        *   ******  ******    ****    ****     *       *****
```

---------------------------------------------------------------------------------

                           QTRG EQ H**B

REG NO      NAME        FROM        TO          TIME   CATEGORY(2)   CATEGORY(3)

CALLOUTS    FOR   09-06-2023                           WRK ASGN      QTR ASGN
-----------------------------------
51911-509   STAFFORD                C MD3       0700   C HB A&O      H05-013L
17118-039   MIRANDA                 C MD3       0800   C HBUNT OR    H06-018L
39858-083   HARGROVE                LAUNDRY     0600   C HB A&O      H06-023L
                                    R&D         0615   C HB A&O      H06-023L
66567-060   EMORY                   C MD3       0700   C HBUNT OR    H06-027L
38333-068   REGATUSO                C MD3       0800   C REC AM      H07-042L
40180-060   CIPOLLA                 C MD3       0700   C HBUNT OR    H07-050L
55920-054   ST CLAIRE               C MD3       0700   C HB A&O      H08-060L
22492-041   FAIRBANKS               C MD3       0600   C LANDSCPE    H08-064L
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED