Terrell Hargrous # 39858-083
Federal Correctional Institution Elkton FSL
P.O. Box 10
Lisbon, OHIO. 44432



⇔39858-083⇔
Clerk U S District Court
125 Market ST
U. S. Courthouse, Rm. 337
Youngstown, OH 44503-1787
United States

Legal Mail